# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SYETA BREWINGTON, AS PARENT AND NATURAL GUARDIAN FOR JARRETT BREWINGTON, A MINOR, AND SYETA BREWINGTON IN HER OWN RIGHT | : No. 542 EAL 2016<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>: |
| v. | :<br>:<br>:<br>: |
| CITY OF PHILADELPHIA, WALTER G. SMITH ELEMENTARY SCHOOL AND THE SCHOOL DISTRICT OF PHILADELPHIA | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: THE SCHOOL DISTRICT OF PHILADELPHIA | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

    a.    Whether the Commonwealth Court's conclusion that the alleged negligence in this case concerned real property impermissibly broadens the real property exception and requires school districts to take unreasonable steps (and steps the court does not specify) to protect themselves from liability?

    b.    Whether [Respondents'] claim of a defect in the real property is properly construed as a claim of negligent supervision when the actual negligence

involved, if any, pertained to the supervision of students and was not related to real property?